**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN ALVARADO, | Case No. 2:26-cv-00416-APG-DJA |
| Petitioner | **Order Closing Case** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

I previously ordered the respondents to provide Christian Alvarado a bond hearing. The parties report that Alvarado had a hearing and was granted bond in the amount of $5,000. ECF No. 13. Because there is nothing left for this court to address,

I HEREBY ORDER the Clerk of Court to close this case.

Dated: April 23, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE